598 A.2d 280

In re **PRIMARY ELECTION OF 1991 IN FRANKLIN TOWNSHIP, FAYETTE COUNTY, PENNSYLVANIA.**

**Petition of Joseph MARCINEK.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1991.

Decided Oct. 29, 1991.

Joseph M. George, Margolis George & Port, Uniontown, for petitioner.

Robert L. Webster, Jr., Uniontown, for respondent.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Petition for Allowance of Appeal granted; Order of Commonwealth Court, 142 Pa.Cmwlth. 600, 598 A.2d 323, affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.